# Exhibit 1

**MAINE JUDICIAL BRANCH**

LINDA VAN ECK _____ Plaintiff

V.

CITIZENS BANK, _____ Defendant
NATIONAL ASSOCIATION Address
100 MIDDLE ST. #1
PORTLAND, ME 04101

"X" the court for filing:
☒ Superior Court ☐ District Court
County: KNOX
Location (Town): ROCKLAND
Docket No.: ROCSC-CV-2022-6

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☐ District ☒ Superior Court, which holds sessions at (street address) 62 UNION STREET, in the Town/City of ROCKLAND, County of KNOX, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☐ District ☒ Superior Court,
62 UNION STREET, ROCKLAND, Maine 04841
(Mailing Address)   (Town, City)   (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 05/23/2022
LINDA VAN ECK (☐ Attorney for) Plaintiff
102 MAIN ST   Bar # (if applicable)
TENANTS HARBOR   Address
MAINE 04860
janvaneck.conn@gmail.com   Telephone/Email

(Seal of Court)

▶ Kathleen Wallace
Clerk

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18   Page 1 of 2   www.courts.maine.gov
Summons

Gunnel A Russell
D' Sheriff
6-23-22

MAINE JUDICIAL BRANCH

STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:
_____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____
_____.

Date (mm/dd/yyyy): _____   ▶ _____
                                              Deputy Sheriff Signature

                                           _____
                                                  Printed Name

                                           _____
                                                     Agency

**Costs of Service:**

Service:  $ _____
Travel:   $ _____
Postage:  $ _____
Other:    $ _____

Total     $ _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18            Page 2 of 2                www.courts.maine.gov
Summons