UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LINDA VAN ECK, et al., )<br>                              )<br>   Plaintiffs            )<br>                              )<br>   v.                            )<br>                              )<br>AMERICAN SECURITY     )<br>INSURANCE COMPANY, et al., )<br>                              )<br>   Defendants         ) | 2:22-cv-00207-JAW |

**ORDER AFFIRMING RECOMMENDED DECISION
AND DENING MOTION TO REMAND**

On August 8, 2022, Plaintiffs Linda and Jan van Eck, proceeding pro se, moved to remand this case back to the Maine Superior Court for the County of Knox. *Pls.' Mot. to Remand* (ECF No. 16). The United States Magistrate Judge filed with the Court on November 9, 2022 her Recommended Decision (ECF No. 22), recommending that the Court deny the motion to remand. The van Ecks filed an objection on November 23, 2022. *Pls.' Obj. to Recommended Decision on Remand* (ECF No. 23). On December 7, 2022, Defendants Citizens Bank, National Association and American Security Insurance Company filed responses to the van Eck's objections. *Def. Citizens Bank, N.A.'s Mem. of Law in Response to Pls.' Obj. to Recommended Decision on Remand* (ECF No. 24); *Def. American Security Insurance Company's Opp'n to Pls.' Obj. to Recommended Decision on Remand* (ECF No. 25).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of

all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and denies the motion to remand.

The Court reminds the van Ecks that the defendants have filed motions to dismiss (ECF Nos. 11 & 12) which are still pending on the docket.  The Magistrate Judge ordered that "[t]he Plaintiffs' responses to the motions to dismiss shall be due 10 days after the Court's ruling on the Plaintiffs' pending motion to remand their case to the Maine State Court, County of Knox."  *Order* (ECF No. 18).  That clock starts today and the van Ecks must file their responses to the motions to dismiss within ten days.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 22) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Linda and Jan van Eck's Motion to Remand (ECF No. 16) be and hereby is <u>DENIED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2022